# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

376

CA 12-01927

PRESENT: SCUDDER, P.J., SMITH, CENTRA, CARNI, AND SCONIERS, JJ.

---

WILLIE J. YOUNG, PLAINTIFF-RESPONDENT,

V                                                                      ORDER

RONALD K. BAUERLEIN, DEFENDANT-APPELLANT.

---

HAGELIN KENT LLC, BUFFALO (SEAN M. SPENCER OF COUNSEL), FOR DEFENDANT-APPELLANT.

LAW OFFICE OF MARK LEWIS, PLLC, CHEEKTOWAGA (MARK E. LEWIS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (Thomas M. Van Strydonck, J.), entered February 29, 2012. The order denied the motion of defendant for summary judgment dismissing the complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on March 11 and 13, 2013, and filed in the Monroe County Clerk's Office on April 2, 2013,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: April 26, 2013                                    Frances E. Cafarell
                                                           Clerk of the Court